(2)     Bradley W. Butcher, Esq., of the Rojas & Butcher, P.L., shall be removed as Counsel of record and shall bear no further responsibility in this matter.

**DONE AND ORDERED** at Fort Myers, Florida, this  26th    day of May, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record